IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Action No. 13-cr-00443-RBJ

UNITED STATES OF AMERICA,

v.

Joseph Orlando Marquez,

Defendant.

## ORDER SETTING TRIAL, DATES, AND DEADLINES

This matter has been scheduled for a **three-day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **January 13, 2014 at 9:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **December 20, 2013** and responses to these motions shall be filed by **January 6, 2014.**  It is further

ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within five days after filing of pre-trial motions** to set the case for Motions Hearing. It is further

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

If the parties reach a disposition, the deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

DATED this 25th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge