IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   13-cr-00443-RBJ | Date:  August 13, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:   N/A | Probation: Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *David A. Tonini* |
| v. | |
| 1. JOSEPH ORLANDO MARQUEZ<br>**Defendant(s)** | *Matthew C. Golla* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   9:30 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:  Objections to the presentence investigation report are DENIED.**

**[34] Motion for Below-Guideline, Downward Variance Sentence is DENIED.**

**ORDERED:**  Defendant shall be **imprisoned** for **84 months** as to Count 1 of the Indictment, and **60 months** as to Count 3 of the Indictment, to run consecutive.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years** as to each count, to run concurrent.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (**X**) The defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.
- (**X**) The defendant shall submit his person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado, specifically Florence, and recommends that he be allowed to participate in a program for treatment of drug abuse (RDAP program).

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) per count, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

[39] United States' Motion to Dismiss Count 2 of the Indictment is GRANTED.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 10:09 a.m.          Hearing concluded.          Total time:      00:39